```
1  FRANK HORAK
   4540 Pampas Circle
2  Antioch, California  94531

3  Telephone (925) 813-1157

4  Defendant In Pro Per
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
-o0o-

| | |
|---|---|
| CALIFORNIA EQUITY MANAGEMENT GROUP INC., | NO.3:11-CV-06347 JCS |
| Plaintiff, | STIPULATION AND ORDER REMANDING CASE TO STATE COURT |
| vs. | |
| FRANK HORAK, Does 1 through 20 | |
| Defendants. | |

This Stipulation and Order is entered into by Plaintiffs, **CALIFORNIA EQUITY MANAGEMENT GROUP INC.** by and through their Attorney **ANTHONY DREW ROWE** and the Defendant **FRANK HORAK**, In Pro Se:

The Parties stipulate as follows:

1. That the above entitled case shall be dismissed in its entirety;

2. That the parties have entered into an agreement providing for settlement of this action (the Settlement), and have agreed that Plaintiff has possession of the real property that was the subject of the action and that neither party is seeking any further remedies against the other;

3. That the Parties bear their own costs and expenses incurred as the result of removal;

4. That no motions, answers or hearings shall be filed and shall moot all deadlines.

5. That all parties respectfully request that the Court enter the Order dismissing this action.

Dated: April 24, 2012 _____
ANTHONY DREW ROWE, Attorney for Plaintiff

Dated: April 24, 2012 _____
FRANK HORAK, Defendant In Pro se

## ORDER

Based on the representations of the Parties as contained in the stipulation, and good cause appearing, this matter is hereby Dismissed. The parties shall bear their own costs.

IT IS SO ORDERED this __26th__ Day of __April__ 2012.

_____
Hon. Joseph C. Spero
UNITED STATES DISTRICT COURT