1  FRANK HORAK
   4540 Pampas Circle
2  Antioch, California  94531

3  Telephone (925) 813-1157

4  Defendant In Pro Per

5

6

7                   UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
8                              -o0o-

9
   CALIFORNIA EQUITY MANAGEMENT    )   NO.3:11-CV-06347 JCS
10 GROUP INC.,                     )
                                   )   STIPULATION AND ORDER
11              Plaintiff,         )   REMANDING CASE TO STATE COURT
   vs.                             )
12                                 )
   FRANK HORAK, Does 1 through 20  )
13                                 )
                Defendants.        )
14 _____  )

15      This Stipulation and Order is entered into by Plaintiffs,

16 **CALIFORNIA EQUITY MANAGEMENT GROUP INC.** by and through their Attorney

17 **ANTHONY DREW ROWE** and the Defendant **FRANK HORAK**, In Pro Se:

18      The Parties stipulate as follows:

19      1.   That the above entitled case shall be dismissed in its

20 entirety;

21      2. That the parties have entered into an agreement providing for

22      settlement of this action (the Settlement), and have agreed that

23      Plaintiff has possession of the real property that was the subject

24      of the action and that neither party is seeking any further remedies

25      against the other;

26      3. That the Parties bear their own costs and expenses incurred as

27      the result of removal;

28      4. That no motions, answers or hearings shall be filed and shall

        moot all deadlines.

5. That all parties respectfully request that the Court enter the Order dismissing this action.

Dated: April 24, 2012　　　　/s/ Anthony Drew Rowe
　　　　　　　　　　　　　　ANTHONY DREW ROWE, Attorney for Plaintiff

Dated: April 24, 2012　　　　/s/ Frank Horak
　　　　　　　　　　　　　　FRANK HORAK, Defendant In Pro se

## ORDER

Based on the representations of the Parties as contained in the stipulation, and good cause appearing, this matter is hereby Dismissed. The parties shall bear their own costs.

IT IS SO ORDERED this __26th__ Day of __April__ 2012.

_____
Hon. Joseph C. Spero
UNITED STATES DISTRICT COURT